Same case below, 618 F.3d 102.

No. 10-8716. Bernardo O. Costa, Petitioner v. Arthur E. Allen.

562 U.S. 1295, 131 S. Ct. 1698, 179 L. Ed. 2d 632, 2011 U.S. LEXIS 2373.

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, denied.

Same case below, 323 S.W.3d 383.

No. 10-8719. Steven Baer, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.

562 U.S. 1295, 131 S. Ct. 1718, 179 L. Ed. 2d 632, 2011 U.S. LEXIS 2205.

March 21, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 48 So. 3d 52.

No. 10-8721. Kenneth G. Charron, Petitioner v. Jeremiah W. Nixon, Governor of Missouri.

562 U.S. 1296, 131 S. Ct. 1698, 179 L. Ed. 2d 632, 2011 U.S. LEXIS 2320.

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, denied.

Same case below, 318 S.W.3d 740.

No. 10-8735. Willie Stokes, Petitioner v. C.O.I. Gehr, et al.

562 U.S. 1296, 131 S. Ct. 1698, 179 L. Ed. 2d 632, 2011 U.S. LEXIS 2336.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 399 Fed. Appx. 697.

No. 10-8740. Dennis Ligon, Petitioner v. Illinois.

562 U.S. 1296, 131 S. Ct. 1698, 179 L. Ed. 2d 632, 2011 U.S. LEXIS 2193,

March 21, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 239 Ill. 2d 94, 346 Ill. Dec. 463, 940 N.E.2d 1067.

No. 10-8749. Nathaniel LaGarde, Petitioner v. Burl Cain, Warden.

562 U.S. 1296, 131 S. Ct. 1699, 179 L. Ed. 2d 632, 2011 U.S. LEXIS 2214.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8755. Angela Ayres, Petitioner v. Bierman, Geesing and Ward, LLC, et al.

562 U.S. 1296, 131 S. Ct. 1699, 179 L. Ed. 2d 632, 2011 U.S. LEXIS 2398.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 47.